UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
MAURO REYES, :
:
:
Plaintiff, :
: 21-CV-707 (JMF) (SLC)
-v- :
: ORDER
:
ANDREW SAUL, *Commissioner of Social Security*, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order dated January 28, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on April 13, 2021. *See* ECF No. 10. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **May 5, 2021**.

     SO ORDERED.

Dated: April 28, 2021
      New York, New York
                                          JESSE M. FURMAN
                                         United States District Judge