# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
*\*\*\*mail all correspondence*

December 17, 2021

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 18) is GRANTED, and the proposed deadlines are ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 18.
>
> SO ORDERED 12/20/2021
>
> SARAH L. CAVE
> United States Magistrate Judge

**Second Extension of Time Request**

**Re: Mauro Reyes v. Comm'r of SSA  1:21-cv-00707-JMF-SLC**

Dear Honorable Judge Cave:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on December 20, 2021.

Plaintiff writes to respectfully request the Court's indulgence with a second request for an extension of time to serve his motion.  Plaintiff expected to complete his brief herein in compliance with the revised scheduling order but was unable to do so due to staffing issues and multiple motions coming due on or about the same date.  Plaintiff therefore writes to respectfully request a second extension of time of sixty days (60), with the following proposed revised Scheduling Order:

a) Plaintiff to serve her motion on or before February 18, 2022;

b) Defendant to serve his cross motion on or before April 19, 2022;

c) Plaintiff to serve her Reply, if any, on or before May 10, 2022.

Defendant has given consent to this request for a second extension.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Mary Ellen Brennan, Esq.   (Via ECF)
        Attorney for Defendant.