UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAURO REYES,

                Plaintiff,                21 **CIVIL** 707 (JMF)(SLC)

-v-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 20, 2022, that this action be, and hereby is, reversed, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           April 21, 2022

                                                          RUBY J. KRAJICK

                                                          **Clerk of Court**
                                **BY:**
                                                          **Deputy Clerk**